NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

---

2013-1138

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 90/008,095.

---

## JUDGMENT

---

FRANK V. PIETRANTONIO, Cooley LLP, of Reston, Virginia, argued for appellant. With him on the brief were JONATHAN G. GRAVES, OF RESTON, VIRGINIA, AND LORI R. MASON and LOWELL D. MEAD of Palo Alto, California.

THOMAS W. KRAUSE, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia argued for appellee. Of counsel on the brief were NATHAN K. KELLEY, Deputy Solicitor, and STACY B. MARGOLIES, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, LINN, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 November 7, 2013 　　　　　　　　　/s/  Daniel  E.  O'Toole
Date 　　　　　　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　　　　　　Clerk of Court